# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2013

### NO. 03-12-00083-CV

**Steve Cokins and Anita Cokins, Individually and on Behalf of the North Brooks Hollow Road Area, Appellant**

**v.**

**City of Lakeway, Appellee**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE FIELD;
CONCURRING OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the following portions of the trial court's judgment dismissing the Landowners' claims that the annexation of the North Brooks Hollow Road Area is void: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed as to those claims and that those portions of the cause be remanded to the trial court for further proceedings consistent with this Court's opinion. We affirm only that part of the judgment dismissing the Landowners' procedural challenges to the City's ordinance annexing the North Brooks Hollow Road Area. It is **FURTHER** ordered that

each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.